

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2015

No. 04-15-00531-CR

Abelardo G. **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2008CRR000665-D1
Honorable David Peeples, Judge Presiding

**ORDER**

This appeal is DISMISSED for lack of jurisdiction.

It is so **ORDERED** on October 28, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk